

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00384-CV

HECTOR DE LA ROSA,

                                     **Appellant**

 v.

ANDREA KAY BRANTLEY,

                                     **Appellee**

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. DC-C202300007

---

## MEMORANDUM OPINION

---

Hector De La Rosa attempts to appeal the trial court's judgment rendered on August 11, 2023. By letter dated December 1, 2023, the Clerk of this Court notified De La Rosa that the appeal was subject to dismissal because the notice of appeal was untimely. In the same letter, the Clerk warned De La Rosa that the appeal would be dismissed unless, within 10 days from the date of the letter, a response was filed showing that the notice of appeal was timely filed. More than 10 days have passed and no response has been filed.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; Tex. Gov't Code §§ 51.207(b); 51.208; § 51.941(a). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

This appeal is dismissed. *See* TEX. R. APP. P. 42.3, 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Appeal dismissed
Opinion delivered and filed January 4, 2024
[CV06]

